UNITED STATES of America, Plaintiff—Appellee,

v.

Veselin George RADUNOVICH, Defendant—Appellant.

No. 02–10074.

D.C. No. CR–97–00055–GEB.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 2, 2002.*

Decided Dec. 10, 2002.

Before GOODWIN, TROTT, and GRABER, Circuit Judges.

MEMORANDUM **

Veselin George Radunovich appeals pro se the district court's denial of his Fed. R.Crim.P. 41(e) motion for return of $57,678.00 and pseudoephedrine tablets seized in connection with his arrest on drug-related charges. We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's denial of a Rule 41(e) motion, *United States v. Marolf*, 173 F.3d 1213, 1216 (9th Cir.1999), and we affirm.

Because Radunovich concedes he received notice of the administrative forfei-

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

ture proceedings, the district court properly denied his motion for return of funds. See *United States v. Elias*, 921 F.2d 870, 874–75 (9th Cir.1990). Furthermore, the district court properly denied Radunovich's request for return of the pseudoephedrine tablets, or the monetary equivalent, because the tablets were properly destroyed as contraband. See *United States v. Mills*, 991 F.2d 609, 612 (9th Cir.1993).

We decline to reach Radunovich's claim of ineffective assistance of counsel, raised for the first time in his reply brief on appeal. *See United States v. Tisor*, 96 F.3d 370, 378 (9th Cir.1996).

We reject Radunovich's remaining contentions.

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.